IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MAJOR J. WILLIAMS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV603 |
| | ) | |
| FUTURE FOAM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On April 22, 2025, the Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Defendant objected to the Recommendation. (Doc. 18.) Plaintiff did not file a response to Defendants' objections.

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Doc. 8) is DENIED.

                                              /s/   Thomas D. Schroeder
                                       United States District Judge

July 29, 2025